AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

PHILOMENA AFFUM
d/b/a Asafo Market,

      Plaintiff,

      V.

UNITED STATES OF AMERICA
and
ED SCHAFER, Secretary of Agriculture,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE:

Case: 1:08-cv-00300
Assigned To : Lamberth, Royce C.
Assign. Date : 2/21/2008
Description: Admn. Agency Review

TO: (Name and address of)
Jeffrey A. Taylor
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles B. Wayne
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      FEB 2 1 2008
CLERK                                         DATE



(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Philomena Affum d/b/a Asafo Market

vs.

United States of America, et al.

No. 1:08-CV-00300

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory and Other Relief and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 11:02 am on February 22, 2008, I served Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

```
     SEX-   MALE
     AGE-   30
  HEIGHT-   5'7"
    HAIR-   BLACK
  WEIGHT-   160
    RACE-   BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  2-22-08
                Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 202172