UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILOMENA AFFUM <br> d/b/a Asafo Market <br> 1309 Fifth Street, N.W. <br> Washington, D.C.  20002, <br><br>           Plaintiff <br>   v. <br><br> UNITED STATES OF AMERICA, <br><br>           and <br><br> ED SCHAFER <br> Secretary of Agriculture <br> 1400 Independence Avenue, S.W. <br> Washington, D.C.  20250, <br><br>           Defendants. | Civil Action No.: 08-0300 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

                                              Respectfully submitted,

                                              /s/ Harry B. Roback
                                              HARRY B. ROBACK (DC Bar # 485145)
                                              Assistant U.S. Attorney
                                              Civil Division
                                              501 Third Street, N.W.
                                              Washington, D.C.  20530
                                              (202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **Charles B. Wayne**, by the court's Electronic Case Filing System (ECF):

**Charles B. Wayne**
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C.  20004

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309