UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>    Defendants. | Civil Action No. 08-300 (RCL) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move for a 4-day extension of time to respond to the Plaintiff's Motion for a Preliminary Injunction. Plaintiff consents to this extension. As the Defendants demonstrate below, good cause exists for this modest extension from Monday, March 31 until Friday, April 4.

    1. In the complaint, Plaintiff alleges that the United States Department of Agriculture has unlawfully debarred her store from being able to accept Food Stamp benefits. She has moved for a preliminary injunction requiring the agency to admit her back into that program.

    2. The Defendants' response to the motion is currently due on March 31, 2008.

    3. The Defendants and their counsel have been working diligently to assess the allegations made in Plaintiff's motion and respond to those allegations.

    4. Plaintiff will not be prejudiced by this modest extension.

    5. This is Defendant's first request for an extension.

6. Defendants' counsel further represents that he has consulted with counsel for plaintiff regarding the scheduling of a hearing on plaintiff's motion. Counsel for the parties are both available on April 8, 9, and 10, 2008.

A proposed order is attached.

Respectfully submitted,

_____

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

March 28, 2008                                   Tel: 202-616-5309
harry.roback@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a  Asafo Market,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-300 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendants to Respond to Plaintiff's Motion for a Preliminary Injunction, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall respond to the motion for preliminary injunction by Friday, April 4, 2008.

IT IS FURTHER ORDERED that a hearing on Plaintiff's motion for preliminary injunction shall be held on April __, 2008, at _____.

SO ORDERED.

Date: _____                    _____
                                                                     United States District Judge