UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-300 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendants to Respond to Plaintiff's Motion for a Preliminary Injunction, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall respond to the motion for preliminary injunction by Friday, April 4, 2008.

IT IS FURTHER ORDERED that a hearing on Plaintiff's motion for preliminary injunction shall be set by further order.

SO ORDERED.

Date: March 31, 2008                    _____/s/_____
                                        U.S. District Judge Royce C. Lamberth