UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PHILOMENA AFFUM** d/b/a Asafo Market, | ) ) ) ) | |
| Plaintiff, v. | ) ) ) ) | Civil Action No. 08-300 (RCL) |
| **UNITED STATES OF AMERICA,** *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon full consideration of plaintiff's application [6] for stay of administrative action and for preliminary injunction, defendants' opposition brief, the reply, oral argument, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 7, 2008.