UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-300 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO CONVERT ORDER AND
MEMORANDUM OPINION OF MAY 7, 2008 INTO FINAL JUDGMENT**

Plaintiff Philomena Affum d/b/a Asafo Market and defendants United States of America and Secretary of Agriculture Ed Schafer jointly move the Court for an order converting the May 7, 2008 order and accompanying memorandum opinion into a final judgment in favor of defendants. In support of the motion, the parties state as follows:

1. In its May 7, 2008 order and accompanying memorandum opinion, the Court denied plaintiff's application for stay of administrative action and for preliminary injunction.

2. The parties believe, given the basis for the Court's ruling, that no issue remains to be litigated at the district court level.

3. As a result, the parties ask that the Court convert the May 7, 2008 order into a final judgment in favor of defendants for the reasons set forth in the memorandum opinion of the same date.

A proposed order is attached.


<table>
<tr><td>

Jeffrey A. Taylor, D.C. Bar # 498610
United States Attorney


Rudolph Contreras, D.C. Bar # 434122
Assistant United States Attorney


  /s/  Harry B. Roback
Harry B. Roback, D.C. Bar # 485145
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-5309
harry.roback@usdoj.gov

</td><td>

  /s/  Charles B. Wayne
Charles B. Wayne (# 935858)
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C.  20004
(202) 799-4000

</td></tr>
</table>

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-300 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the parties' joint motion to convert this Court's May 7, 2008 order and accompanying memorandum opinion into a final judgment, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the May 7, 2008 order is now a final judgment in favor of defendants and shall be deemed to incorporate the memorandum opinion of the same date.

This ___ day of June, 2008.

_____
ROYCE C. LAMBERTH
CHIEF JUDGE