UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-300 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the parties' joint motion [15] to convert this Court's May 7, 2008 order and accompanying memorandum opinion into a final judgment, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the May 7, 2008 order is now a final judgment in favor of defendants and shall be deemed to incorporate the memorandum opinion of the same date.

This 12th day of June, 2008.

                                                                                    /s/
                                                          ROYCE C. LAMBERTH
                                                          CHIEF JUDGE