UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILOMENA AFFUM<br>d/b/a Asafo Market,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>and ED SCHAFER,<br><br>    Defendants. | Civil Action No. 08-300 (RCL) |

## NOTICE OF APPEAL

Notice is given that plaintiff Philomena Affum d/b/a Asafo Market appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered on June 12, 2008 and from the order entered in this action on May 7, 2008 and the accompanying memorandum opinion of the same date, which were converted into that final judgment by the Court's order of June 12, 2008.

Respectfully submitted,

*/s/ Charles B. Wayne*
Charles B. Wayne (#935858)
DLA Piper US LLP
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4000
(202) 799-5000 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day 19th of June, 2008, I caused Plaintiff's Notice of Appeal to be served by first-class mail on:

> Harry B. Roback
> Assistant U.S. Attorney
> Civil Division
> 501 Third Street, N.W.
> Washington, D.C. 20530

_____
Charles B. Wayne